

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00182-CR

Alexander Michael **FRANKLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0179W
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 28, 2014.

_____
Rebeca C. Martinez, Justice